FILED
JAN 21 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KRYSTAL A. CARNEY,<br><br>    Defendant. | CRIMINAL NO. W14-611M<br><br>**INFORMATION**<br>[Count One: 18 U.S.C. §§ 7(3) & 113(a)(5) – Simple Assault] |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
[18 U.S.C. §§ 7(3) & 113(a)(5)]

On or about November 22, 2013, at the Fort Hood Military Reservation, Western District of Texas, a place within the special maritime and territorial jurisdiction of the United States, Defendant

**KRYSTAL A. CARNEY**

did commit a simple assault upon another, to wit: her husband Charles L. Carney, in violation of Title 18, United States Code, Sections 7(3) & 113(a)(5).

ROBERT PITMAN
United States Attorney

By: _____
TIMOTHY J. DOWNING
Special Assistant United States Attorney

UNSEALED

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DATE:      JANUARY 21, 2014          MPR #: 06335-13          CASE NO. W14-611M
COUNTY:    BELL
JUDGE:     JEFFREY MANSKE
S.A.U.S.A.: TIMOTHY J. DOWNING

DEFENDANT:

KRYSTAL A. CARNEY

## OFFENSES & MAXIMUM PUNISHMENT

Count One: 18 U.S.C. §§ 7(3) & 113(a)(5) – Simple Assault – Six months confinement; $5,000 fine; $10 SA.