# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs.  § | Criminal No.:  WA:14-M -00611(1) |
| § | |
| (1) KRYSTAL A. CARNEY § | |
| *Defendant* | |

# ORDER

Counsel shall mark all exhibits before trial in accordance with Rules CR-55(b) and CV-26(b).  Counsel shall obtain and prepare exhibit tags and mark each exhibit with the exhibit number.

FURTHER, in order to facilitate the orderly and accurate recording of exhibits admitted during trial, a list of exhibits shall be filed with the Clerk's Office prior to trial.

SIGNED this 30th day of January, 2014.

_____
JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE