# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Criminal No.:  WA:14-M -00611(1) |
| | § | |
| (1) KRYSTAL A. CARNEY | § | |
| *Defendant* | | |

# ORDER SETTING DOCKET CALL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DOCKET CALL, in U.S. Magistrate Court, MG Williams Judicial Center, BLDG 5794, Tank Destroyer Blvd, Fort Hood, Texas, on 03/25/2014 at 3:00 p.m.

Be advised that only counsel for the defendant need to appear at this hearing. This hearing will be held via televideo conference. If counsel's office is located closer to the Waco courthouse, he/she may appear at the televideo conference room located on the 3rd floor of the Waco courthouse.

IT IS SO ORDERED this 18th day of March, 2014.

JEFFREY C MANSKE
U.S. MAGISTRATE JUDGE

cc: Melanie R. Walker