# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | §   Criminal No.:  WA:14-M -00611(1) |
| | § |
| (1) KRYSTAL A. CARNEY | § |
| *Defendant* | |

## ORDER SETTING REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for REARRAIGNMENT AND PLEA, in U.S. Magistrate Court, MG Williams Judicial Center, BLDG 5794, Tank Destroyer Blvd, Fort Hood, Texas, on 04/25/2014 at 9:30 A.M.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services, and the United States Probation Office, **WHO ARE ALL REQUIRED TO BE PRESENT IN THE COURTROOM AT LEAST 15 MINUTES PRIOR TO THE COMMENCEMENT OF THE COURT PROCEEDING SO THAT THE PROCEEDING MAY BEGIN PROMPTLY AT THE TIME SET.** Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS FURTHER ORDERED that each attorney is to inform the Court Clerk by 2:00 p.m. of the day prior to their client's arraignment as to whether the client intends to waive arraignment and enter a plea of not guilty, appear in person for the arraignment or plead guilty. If an attorney is unable to comply with the above, a Motion for Continuance shall filed with the Court by 2:00 p.m. of the day prior to the arraignment stating the specific grounds as to why he or she is unable to comply with the above. Any Motion for Continuance shall also certify that the attorney has met in person and discussed the above with their client prior to the submission of the Motion for Continuance. If an attorney is unable to make contact with their client prior to the above deadline, the Motion shall set forth the date the attorney was informed of the appointment and specify in detail all attempts the attorney has made to contact their client. Any attorney who fails to comply with any of the above will be warned that a subsequent failure to comply will result in their removal from the Fort Hood CJA Panel Attorney list. If an attorney is unable to make contact with their client and in the absence of exceptional circumstances, only one such Motion for Continuance will be granted.

IT IS FINALLY ORDERED that in the event the services of a court interpreter are required, counsel for the defendant shall notify the U.S. District Clerk's Office within five (5) days of the date of the hearing.

IT IS SO ORDERED this 24th day of April, 2014.

                                               _____
                                               JEFFREY C MANSKE
                                               U.S. MAGISTRATE JUDGE

cc: Melanie R. Walker