THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

FILED
APR 2 5 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. W14-611M |
| KRYSTAL A. CARNEY, ) | |
| Defendant. ) | |

## FACTUAL BASIS

On or about November 22, 2013, 2:52 A.M., at 48875-1 Perez Dr., Kouma Village, Fort Hood, Texas, Defendant, KRYSTAL A. CARNEY, and her husband SGT Charles L. Carney, became involved in a verbal altercation which became physical when Defendant struck SGT Carney multiple times with her hands and feet. Defendant was apprehended and transported to the Police Station.

I, KRYSTAL A. CARNEY, have read and discussed this factual basis with my attorney and agree that it is an accurate summary of the facts supporting the charge to which I am pleading guilty.

_____     4-25-14
Signature                 Date