Case No: 6:14mj611     CLERK'S COPY     Filed: 04/28/14
Doc. #25

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

FILED
APR 2 8 2014
CLERK, U.S. DIST. COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Texas
### WACO DIVISION

UNITED STATES OF AMERICA

v.

KRYSTAL A. CARNEY

Defendant.

Case Number    W14-611M
USM Number    NOT PROVIDED

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, KRYSTAL A. CARNEY, was represented by Melanie Walker.

The defendant pled guilty to Count 1 of the Information on 4/25/2014. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 USC 113(a)(5) | Simple Assault | November 22, 2013 | 1 |

As pronounced on 4/25/2014, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __28th__ day of April, 2014.

_____
JEFFREY C. MANSKE
United States Magistrate Judge