

PROB 12B
(7/93)

## UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS - WACO

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Krystal A. Carney     **Case Number:** W14-611M

**Name of Sentencing Judicial Officer:** Jeffrey C. Manske, United States Magistrate Judge

**Date of Original Sentence:** April 25, 2014

**Original Offense:** Simple Assault — 18 U.S.C. § 133(a)(5)

**Original Sentence:** One year Probation, substance abuse evaluation, anger management, $10 special assessment

**Type of Supervision:** Probation     **Date Supervision Commenced:** April 25, 2014

### PREVIOUS COURT ACTION
NONE

### PETITIONING THE COURT

[X] To modify the conditions of supervision as follows:

**The defendant shall perform 50 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of 4 hours per week.**

The defendant has waived his right to a hearing and counsel.

CARNEY, Krystal A.
Request for Modifying the
Conditions or Term of Supervision
with Consent of Offender

Page 2

## CAUSE

**Violation Number 1:**   **Nature of Noncompliance:**   The defendant violated Standard Condition Number1; in that, on or about September 2, 2014, the defendant left the judicial district without the permission of the court or probation officer

Approved by:

*[signature]*

**GREGORY C. ROBINSON**
**Supervising U.S. Probation Officer**
**Date:   September 29, 2014**

Respectfully submitted,

*[signature]*

**DIANE R. THOMAS**
**U. S. Probation Officer**
**Date: September 29, 2014**

## THE COURT ORDERS:

☐   No Action

☐   The extension of supervision as noted above.

☑   The modification of conditions as noted above.

☐   Other

*[signature]*
**JEFFREY C. MANSKE**
**United States Magistrate Judge**

9-29-14
**Date**

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## Western District of Texas

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation:

**The defendant shall perform 50 hours of community service work without pay, at a location approved by the probation officer, at a minimum rate of 4 hours per week.**

SIGNED the _8th_ day of _September_, 2014.

_/s/ Diane R. Thomas_
DIANE R. THOMAS
U. S. Probation Officer

_/s/ Krystal A. Carney_
Krystal A. Carney
W14-611M